**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS (State Bar No. 176682)
cwr@tradeandcargo.com
THEODORE H. ADKINSON (State Bar No. 167350
tha@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA  90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiff Schenker, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SCHENKER, INC., | **Case No. 16-cv-00158-JLS (DFMx)** |
| Plaintiff, | [~~PROPOSED~~] **DEFAULT JUDGMENT** |
| vs. | **[F.R.C.P. 55(b)(1)]** |
| TRIN POLYMERS LLC, | |
| Defendant. | |

On March 2, 2016, default was entered in this case against defendant Trin Polymers LLC, pursuant to F.R.Civ.P. 55(a).

On April 8, 2016, Plaintiff Schenker Inc. moved for entry of default judgment by clerk pursuant to F.R.Civ.P. 55(b)(1), seeking a judgment for an amount certain of $163,050.38, which consists of $155,931.75 in contractual damages, $6,718.63 in attorneys' fees pursuant to the schedule set forth in Local Rule 55-3, and $400 in court costs for the filing of this action.

In that defendant Trin Polymers LLC has not yet appeared, default has been entered as of March 2, 2016, and plaintiff is entitled to the relief sought, pursuant to FRCP 55(b)(1) it is ORDERED THAT plaintiff Schenker Inc. recover from defendant Trin Polymers LLC the contractual damages resulting from Trin Polymers LLC's breach of contract of $155,931.75, attorneys' fees of $6,718.63, costs of suit of $400, for a total judgment in the amount of **$163,050.38.**

Dated: April 21, 2016

By: *Margo Mead*
Clerk of the U.S. District Court

Z:\Schenker\Trin Polymer\Default Judgment - proposed.doc   [PROPOSED] DEFAULT JUDGMENT